UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

                       Plaintiff,

-against-

CONESICECREAMCORP., BINYAMIN
YITCHAKOV, and YOEL FRIEDMAN,

                       Defendants.

19-CV-6877 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

    For the reasons stated on the record at today's conference, Plaintiff's motion for summary judgment, (Doc. 68), is GRANTED. The Clerk of Court is respectfully directed to enter judgment for Plaintiff, terminate Doc. 68 and (all other claims having been dismissed) close the case.

SO ORDERED.

Dated:   February 10, 2021
            White Plains, New York

                                             _____
                                                CATHY SEIBEL
                                            United States District Judge