**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY,

                    Plaintiff,                19 **CIVIL** 6877 (CS)

                -against-                 **JUDGMENT**

CONESICECREAMCORP., BINYAMIN
YITCHAKOV, and YOEL FRIEDMAN,

                    Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2021, Plaintiff's motion for summary judgment, (Doc. 68), is GRANTED, and judgment is entered for Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
          February 11, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                              **Clerk of Court**
                    **BY:**
                                              **Deputy Clerk**